IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAY GROUP MANAGEMENT, INC.     :        CIVIL ACTION
                               :
     v.                        :
                               :
BERND SCHNEIDER                :        NO. 04-1236

                                ORDER

AND NOW, this 1st day of February, 2018, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Bernd Schneider for summary judgment (Doc. # 148) is GRANTED.

                                       BY THE COURT:


                                       /s/ Harvey Bartle III
                                                                 J.